IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02022–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

CHIEF DIGGINS,
MAJOR V. CONNORS, and
CHAPLAIN SCOTT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Subpoena to Produce." (Doc. No. 68, filed 6/3/2011.) Pursuant to Fed. R. Civ. P. 45(a) Plaintiff requests four subpoenas from the Clerk, signed but otherwise blank. The motion is GRANTED. The Clerk is directed to send four signed subpoenas to Plaintiff.

Dated: June 6, 2011.