IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO
              Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 10-cv-02022-WYD-KMT     FTR - Courtroom C-201

**Date:** September 16, 2011     Deputy Clerk, Nick Richards


WYATT T. HANDY JR.,     Pro Se (by phone)

        Plaintiff,

v.

CHIEF DIGGINS,     Thomas G. Bigler
MAJOR V. CONNORS, and
CHAPLAIN SCOTT,

        Defendants.


## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:12 p.m.**
Court calls case. Appearances of counsel.

Motion Hearing is continued regarding Plaintiff's Motion for Order Compelling Disclosures or Discovery for Failure to Disclose or Cooperate in Discovery [Doc. No. 114, filed July 29, 2011]. The motion was Denied as to Requests for Production Nos. 4, 5, and 6 at the initial hearing on this matter held on September 12, 2011.

The court hears arguments on Request for Production No. 8 and Major V. Connors Response to Interrogatories No. 11.

It is **ORDERED**:    Plaintiff's Motion for Order Compelling Disclosures or Discovery [114] is **GRANTED IN PART AND DENIED IN PART** for reasons stated on the record. The motion is **GRANTED** as to Responses to Interrogatories for Chief Diggins Nos. 9 and 12, Response to Interrogatories for Major V. Connors No. 11, and Response to Interrogatories for Chaplain Scott No. 7.

                 The motion is **DENIED** as to Requests for Production Nos. 4, 5, 6, 7, 8, 9, and 10, Response to Interrogatories for Chief Diggins No. 8, Responses to Interrogatories for Major V. Connors Nos. 12, 22, 23,

and 24, and Responses to Interrogatories for Chaplain Scott Nos. 11, 13, and 16.

It is **ORDERED**: Defense counsel shall supplement disclosures on or before October 7, 2011.

**Court in Recess: 1:57 p.m.**
Hearing concluded.
Total In-Court Time    00:45

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.