IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02022–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

CHIEF DIGGINS,
MAJOR V. CONNORS, and
CHAPLAIN SCOTT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Extension of Time" (Doc. No. 146, filed Feb. 3, 2012) and "Motion for Court to Order Defendants or Clerk of the Court to Send Plaintiff Copy of Dispositive Motion" (Doc. No 147, filed Feb. 3, 2012) are GRANTED. Plaintiff shall respond to Defendants' Motion for Summary Judgment no later than February 21, 2012. The clerk of court is directed to send Plaintiff a copy of Defendants' Motion for Summary Judgment. (Doc. No. 141.)

Dated: February 6, 2012