IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02022–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

CHIEF DIGGINS, individual & official capacity,
MAJOR V. CONNORS, individual & official capacity,
CHAPLAIN SCOTT, individual & official capacity,
MR. BURRIS, individual & official capacity, and
PANEL OF ISLAMIC CLERICS, individual & official capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Defendants' Motion and Brief for Summary Judgment." (Doc. No. 141, filed Dec. 12, 2011.)  On February 8, 2012, Chief Judge Wiley Y. Daniel adopted this court's Recommendation that Plaintiff's Motion for Leave to file an Amended Complaint be granted in part and denied in part. (Doc. No. 152.)  Accordingly, that same day, Plaintiff's Amended Prisoner Complaint was filed by the clerk of court. (Doc. No. 153.)  An amended complaint automatically supersedes the prior operative pleading, which is thereafter treated as nonexistent. *Cassirer v. San Miguel Cnty. Bd. of Cnty. Comm'rs,* 2009 WL 1600678, at *2 (D. Colo. 2009) (citations omitted).  Accordingly, because it is now targeted at an inoperative pleading, "Defendants' Motion and Brief for Summary Judgment" (Doc. No. 141) is DENIED as moot.

Dated: February 23, 2012