IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02022–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

CHIEF DIGGINS, individual & official capacity,
MAJOR V. CONNORS, individual & official capacity,
CHAPLAIN SCOTT, individual & official capacity,
MR. BURRIS, individual & official capacity, and
PANEL OF ISLAMIC CLERICS, individual & official capacity

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Set Scheduling Conference" (Doc. No. 164, filed Apr. 3, 2012), which the court construes as a Motion to Extend the Discovery and Dispositive Motion Deadlines, is GRANTED. The Discovery Deadline is extended to June 5, 2012, for the sole purpose of conducting discovery relating to the additional claims, factual allegations, and defendants contained in Plaintiff's Second Amended Complaint (Doc. No. 153, filed Feb. 8, 2012.) Specifically, additional discovery is expressly limited to (1) the additional factual allegations contained at paragraphs 31-42 of Plaintiff's Second Amended Complaint; (2) newly added Claims Five (conspiracy), Six (failure to intervene), Eight (conspiracy to intervene), Nine (neglect to prevent), Ten (negligence), Eleven (negligence *per se*), Twelve (negligent supervision), and Thirteen (Respondeat Superior); and (3) Plaintiff's claims against newly added Defendants Panel of Islamic Clerics and Burris. The Dispositive Motions Deadline is extended to July 5, 2012. Finally, a Final Pretrial Conference is set for September 10, 2012 at 9:30 a.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya.

Dated: April 10, 2012