IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02022–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

CHIEF DIGGINS, individual & official capacity,
MAJOR V. CONNORS, individual & official capacity,
CHAPLAIN SCOTT, individual & official capacity,
MR. BURRIS, individual & official capacity, and
PANEL OF ISLAMIC CLERICS, individual & official capacity

    Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Subpoena" (Doc. No. 170, filed May 8, 2012). Pursuant to Fed. R. Civ. P. 45(a)(3), Plaintiff requests two subpoenas from the Clerk of Court, signed but otherwise blank. Plaintiff's Motion is GRANTED. The Clerk of Court is directed to send Plaintiff two signed subpoena, featuring the caption of this case, but otherwise blank.

Dated: May 9, 2012