IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02022–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

CHIEF DIGGINS, individual & official capacity,
MAJOR V. CONNORS, individual & official capacity,
CHAPLAIN SCOTT, individual & official capacity,
MR. BURRIS, individual & official capacity, and
PANEL OF ISLAMIC CLERICS, individual & official capacity

    Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Order Defendants or Clerk of the Court to Send Plaintiff Copies of the Second Amended Complaint and Exhibits" is GRANTED in part. The Clerk of Court is directed to mail Plaintiff a copy of his Second Amended Complaint (Doc. No. 153) and the Exhibits thereto (Doc. No. 93-2).

Dated: May 9, 2012