IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02022–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

CHIEF DIGGINS, individual & official capacity,
MAJOR V. CONNORS, individual & official capacity,
CHAPLAIN SCOTT, individual & official capacity,
MR. BURRIS, individual & official capacity, and
PANEL OF ISLAMIC CLERICS, individual & official capacity

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Joint[1] Motion for Leave to File *Instanter*" (Doc. No. 201, filed July 16, 2012) is GRANTED. The court acknowledges the conflict between the court's April 10, 2012 Minute Order granting Plaintiff's Motion for Court to Set Scheduling Conference and the electronic docket entry for that Minute Order. (*See* Doc. No. 168.) More specifically, while the actual body of that Minute Order featured the correct dispositive motions deadline of July 5, 2012, the docket entry for that Minute Order featured on CM/ECF erroneously indicated that the dispositive motions deadline was July 15, 2012. Accordingly, at most, Defendants exhibited excusable neglect in failing to comply with the July 5, 2012 dispositive motions deadline. The Clerk of Court is directed to file Defendant's Motion and Brief for Summary Judgment (Doc. No. 201-1).

Dated: July 17, 2012

---

[1] Defendants' Motion is not truly a "joint" motion, as that term typically suggests that the plaintiff and the defendants move together for the same relief. Rather, Defendants employ the term joint to suggest that all *defendants* seek the same relief.