IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02022–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

CHIEF DIGGINS, individual & official capacity,
MAJOR V. CONNORS, individual & official capacity,
CHAPLAIN SCOTT, individual & official capacity,
MR. BURRIS, individual & official capacity, and
PANEL OF ISLAMIC CLERICS, individual & official capacity

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion Requesting Affidavits to Defendants [sic] First Motion for Summary Judgment" (Doc. No. 208, filed July 19, 2012) is GRANTED. Although Plaintiff only requests certain specified documents attached to Defendants' Motion for Summary Judgment, in order to avoid any follow-up requests, the court will provide Plaintiff with both Defendants' Motion and all attachments thereto. Accordingly, the clerk of court is directed to mail Plaintiff a copy of Defendants' Motion and Brief for Summary Judgment (Doc. No. 204), including all attachments and exhibits thereto.

Dated: July 24, 2012