IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02022–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

CHIEF DIGGINS, individual & official capacity,
MAJOR V. CONNORS, individual & official capacity,
CHAPLAIN SCOTT, individual & official capacity,
MR. BURRIS, individual & official capacity, and
PANEL OF ISLAMIC CLERICS, individual & official capacity

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Order Clerk to Provide Plaintiff with a Copy of the Magistrate's Recommendations Doc. #52" (Doc. No. 230, filed Sept. 18, 2012) is GRANTED. The Clerk of Court is directed to send Plaintiff a copy of the Recommendation of United States Magistrate Judge filed on March 23, 2011. (Doc. No. 52.) However, the court notes that it is reluctant to provide Plaintiff with copies of court filings in the future absent a showing that Plaintiff did not receive said court filings at the time they were filed or an indication that they were returned as undeliverable.

Dated: September, 19, 2012