IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02022-WYD-KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CHIEF DIGGINS, individual and official capacity,
MAJOR V. CONNORS; individual and official capacity,
CHAPLAIN SCOTT, individual and official capacity, and
MR. BURRIS, individual and official capacity,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation to Dismiss with Prejudice filed December 3, 2013.  The Stipulation states that the matter has been settled.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation to Dismiss with Prejudice (ECF No. 274) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated:  December 3, 2013

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge